**Order filed July 28, 2022.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-22-00502-CV

## IN RE UNITED FINANCIAL CASUALTY COMPANY, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-79224**

## ORDER

On July 12, 2022, relator United Financial Casualty Company filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Lauren Reeder, presiding judge of the 234th District Court of Harris County, to vacate the trial court's June 6, 2022 order denying relator's motion to abate plaintiff's extracontractual claims.

Relators must file with the petition a sufficient record to establish the right to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Rule 52.7(a)(2) of the Texas Rules of Appellate Procedure requires the relators to file with the petition "a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered into evidence, or a statement that no testimony was adduced in connection with the matter complained." Tex. R. App. P. 52.7(a)(2).

Here, the trial court order is ambiguous as to whether a hearing was conducted on relator's motion to abate plaintiff's extracontractual claims. Relator's petition is neither accompanied by a reporter's record of a hearing nor a statement that no testimony was adduced in connection with the matter complained. *See* Tex. R. App. P. 52.7(a)(2).

By this order, the Court gives relator notice that the petition will be dismissed unless relator files a supplemental and/or amended petition to address the record issue identified above on or before August 11, 2022.

The court requests that the real parties in interest file a response to the petition for writ of mandamus on or before September 12, 2022. *See* Tex. R. App. P. 52.4, 52.8(b)(1).

It is so ORDERED.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Poissant.

2